# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHRISTINA S. WATSON,**                                                          **PLAINTIFF**

**v.**                      **No. 4:15–CV–00187-SWW–PSH**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Patricia S. Harris. Plaintiff has filed objections to the Recommendation. After careful review of the Recommendation, and having made a de novo review of the relevant record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Christina S. Watson's lawsuit is DISMISSED, with prejudice.

IT IS SO ORDERED, this 21st day of April 2016.

                                              /s/Susan Webber Wright
                                              UNITED STATES DISTRICT JUDGE